# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HORACIO GONZALEZ, JR., <br><br> Petitioner, <br><br> v. <br><br> ERIC ARNOLD, Warden, <br><br> Respondent. | Case No. ED CV 17-02309-SJO (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: July 1, 2019

_____
S. JAMES OTERO
United States District Judge